# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRCIT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RALPH J. PALMER, as Independent Executor of the Estate of Angela Lyn Devries, Deceased, | ) ) ) |
| Plaintiff, | ) |
| vs. | ) No.: |
| | ) |
| TERRY L. PENNINGTON, and HMC TRANSPORTATION, INC., an Indiana Corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, RALPH J. PALMER, individually and as Independent Executor of the Estate of Angela Lyn Devries, Deceased, by and through his attorneys, MORICI, FIGLIOLI and ASSOCIATES, and complaining of Defendants, TERRY L. PENNINGTON and HMC TRANSPORTATION, INC., an Indiana Corporation, states as follows:

## PARTIES

1. RALPH J. PALMER is a resident of Lake County, Illinois

2. TERRY L. PENNINGTON is a resident of Indianapolis, Indiana.

3. HMC TRANSPORTATION, INC., ("HMC Transportation") is an Indiana Corporation, with its principal place of business in Indianapolis, Indiana.

## JURISDICTION AND VENUE

4. Subject matter jurisdiction is proper before this court pursuant to 28 U.S.C. § 1332(a) because there exists diversity of citizenship and the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00).

5.	Venue is proper before this Court pursuant to 735 Ill. Comp. Stat. Ann. 5/2-209 as the Defendants committed a tortious act within the state of Illinois and in the geographical jurisdiction of this Court.

## GENERAL ALLEGATIONS

6.	On or about June 21, 2017, Plaintiff's Decedent, ANGELA L. DEVRIES, was traveling Northbound on I-39 at or near mile post 51 in Eden Township, LaSalle County, Illinois.

7.	On or about June 21, 2017, Defendant, TERRY L. PENNINGTON, was operating a Kenworth tractor trailer truck Northbound on I-39 at or near mile post 51 in Eden Township, LaSalle County, Illinois.

8.	At the aforesaid time and place Defendant, TERRY L. PENNINGTON, drove the Kenworth truck into the rear of Decedent, ANGELA L. DEVRIES' vehicle causing it to overturn multiple times and leave the roadway, resulting in her death.

9.	On and before June 21, 2017, TERRY L. PENNINGTON, was an employee and/or agent of Defendant, HMC Transportation.

10.	On and before June 21, 2017, the aforesaid tractor trailer truck was owned, managed, maintained, controlled, and/or operated by Defendant, HMC Transportation.

11.	On and before June 21, 2017, Defendant, HMC Transportation, was engaged in the business of the Interstate truck transportation of frozen foods.

## Count I

### Negligence vs. Terry L. Pennington

1-11	Plaintiff incorporates and alleges by reference paragraphs 1 through 11, as if fully set forth herein.

12. That on or about June 21, 2017, Defendant, TERRY L. PENNINGTON, was employed by HMC Transportation to deliver goods from various locations and was dispatched by HMC Transportation.

13. That at the time and place aforesaid, Defendant, TERRY L. PENNINGTON, operated the HMC tractor trailer truck leased by his employer HMC Transportation.

14. That at all times aforesaid, it was the duty of the Defendant, TERRY L. PENNINGTON, to exercise ordinary care for the safety of the Plaintiff's Decedent and to be free from negligence.

15. As a result of the negligence of the Defendant, TERRY L. PENNINGTON, the tractor trailer truck struck the rear of the DEVRIES' vehicle, causing it to overturn and crash, causing the death of ANGELA L. DEVRIES.

16. That the Defendant, TERRY L. PENNINGTON, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    (a) Failed to pay attention to traffic upon the roadway;

    (b) Drove in excess of the posted speed limit;

    (c) Drove at a speed in excess of that required to be safe under the prevailing conditions;

    (d) Failed to gauge the closing speed of his vehicle on other traffic;

    (e) Failed to keep a proper lookout;

    (f) Drove his vehicle into the vehicle of the decedent; and

    (g) Was otherwise careless and negligent.

17. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, TERRY L. PENNINGTON, Plaintiff's Decedent, ANGELA DEVRIES, sustained injuries which resulted in her death on June 21, 2017.

18. At the time of her death, ANGELA DEVRIES left surviving as heirs at law and next of kin:

| | |
|---|---|
| Brittany Ann Shields | Adult Daughter |
| Colin Dean Shields | Adult Son |
| Christian Jerret Shields | Adult Son |
| Chas Franklin Shields | Adult Son |

19. As a result of the untimely death of ANGELA DEVRIES, her next of kin did each sustain and suffer substantial pecuniary losses of her love, affection, care, attention, earnings, financial support, companionship, comfort, guidance and protection.

WHEREFORE, Plaintiff, RALPH J. PALMER, as Independent Executor of the Estate of ANGELA DEVRIES, Deceased, prays for judgment against the Defendant, TERRY L. PENNINGTON, in an amount in excess of the jurisdictional limits established by this Court, plus costs of this suit.

## Count II

### Negligence vs. HMC TRANSPORTATION, INC.

1-11. Plaintiff incorporates and alleges by reference paragraphs 1 through 11, as if fully set forth herein.

12. That at all times aforesaid, it was the duty of the Defendant, HMC TRANSPORTATION, and its employees and agents, to exercise ordinary care for the safety of the Plaintiff's Decedent and to be free from negligence.

13. That Defendant HMC TRANSPORTATION was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    (a) Negligently hired Defendant TERRY L. PENNINGTON as a truck driver when Defendant TERRY L. PENNINGTON was not qualified to properly perform the job duties;

    (b) Failed to train Defendant TERRY L. PENNINGTON such that Defendant TERRY L. PENNINGTON'S negligence caused the death of Plaintiff's Decedent;

    (c) Was otherwise careless and negligent.

14. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, HMC Transport, Plaintiff's Decedent, ANGELA DEVRIES, sustained injuries which resulted in her death on June 21, 2017.

15. At the time of her death, ANGELA DEVRIES, left surviving as heirs at law and next of kin:

| | |
|---|---|
| Brittany Ann Shields | Adult Daughter |
| Colin Dean Shields | Adult Son |
| Christian Jerret Shields | Adult Son |
| Chas Franklin Shields | Adult Son |

16. As a result of the untimely death of ANGELA DEVRIES her next of kin did each sustain and suffer substantial pecuniary losses of her love, affection, care, attention, earnings, financial support, companionship, comfort, guidance and protection.

WHEREFORE, Plaintiff, RALPH J. PALMER, as Independent Executor of the Estate of ANGELA DEVRIES, Deceased, prays for judgment against the Defendant, HMC TRANSPORTATION, in an amount in excess of the jurisdictional limits established by this Court, plus costs of this suit.

## **CLAIM FOR RELIEF**

WHEREFORE, Plaintiff, RALPH J. PALMER, as Independent Executor of the Estate of ANGELA DEVRIES, Deceased, prays for judgment against all Defendants, jointly and severally, for a sum in excess of seventy-five thousand dollars ($75,000.00), plus interest and costs, and for other such relief as the Court deems just and appropriate.

## **JURY DEMAND**

Plaintiff demands a trial by jury on all issues.

Respectfully submitted this 3rd day of April, 2018.

By: __/s/ Mitchell B. Friedman__
      Attorney for Plaintiff


Mitchell B. Friedman
James J. Morici, Jr.
**MORICI, FIGLIOLI & ASSOCIATES**
150 North Michigan Avenue, Suite 1100
Chicago, Illinois 60601
(312) 372-9600 - Telephone
(312) 372-9602 – Facsimile
morici@mfa-law.com
friedman@mfa-law.com